UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-06772 |
| DTD Investments, LLC | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTOR'S FINAL REPORT AND MOTION FOR ENTRY OF A FINAL DECREE**

    THIS MATTER coming before this Honorable Court for hearing on the Final Report and Motion for Entry of a Final Decree filed herein by the Debtor, DTD INVESTMENTS, LLC; and the Court having fully considered the Motion; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. 157(b)(2); and it appearing the venue of this proceeding and this Motion is proper in the District pursuant to 28 U.S.C. 1408 and 1409; and due and adequate notice of the Motion having been given and no further notice of the Motion need be given; and it appearing that entry of a Final Decree closing this Chapter 11 case is appropriate pursuant to 11 U.S.C. 350(a);

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

  A.  That notice of this Motion given by the Debtor is proper and sufficient, and no further notice is required.

  B.  That the Motion for Entry of a Final Decree is granted.

  C.  That the instant Chapter 11 case is hereby closed.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 26, 2017